# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:21-M -01012(1) |
| | § | |
| (1) Hector Augusto Gramajo-Calderon | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 25, 2021** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Hector Augusto GRAMAJO-Calderon, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Alexandria, La on 08/25/2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Hector Augusto GRAMAJO-Calderon, was arrested by Border Patrol Agents, on May 25, 2021 for being an alien illegally present in the United States. Investigation*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

06/01/2021     at    DEL RIO, Texas
File Date                 City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:21-M -01012(1)

(1) Hector Augusto Gramajo-Calderon

**Continuation of Statement of Facts:**

and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 08/25/2020 through Alexandria, La. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

Signature of Judicial Officer                    Signature of Complainant